## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 15th day of September, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manners indicated.

**VIA U.S. MAIL**

Terex Light Construction Company
(Coleman Engineering, Inc. Division)
Attn: Steve Hueser, CEO/President
(or Other Executive Officer)
590 Huey Road
Rock Hill, South Carolina 29730

Mary E. Augustine, Esq. (No. 4477)

600457v1